1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 EASTERN DISTRICT OF CALIFORNIA

8

9 CHARLES B. JONES,

10            Plaintiff,

11     v.

12 OLIVEIRA, et al.,

13            Defendants.

14

15

**Case No. 1:17-cv-01311-LJO-SKO (PC)**

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF FOR LACK OF JURISDICTION**

**(Docs. 3, 12)**

16        Plaintiff, Charles B. Jones, is a state prisoner proceeding *pro se* and *in forma pauperis* in

17 this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States

18 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On May 1, 2018, the Magistrate Judge filed Findings and Recommendations which were

20 served on Plaintiff and contained notice that objections were to be filed within twenty-one days.

21 Despite lapse of more than the allowed time Plaintiff has not filed any objections. Local Rule

22 304(b), (d).

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

24 *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the

25 Findings and Recommendations to be supported by the record and by proper analysis.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.    The Findings and Recommendations, filed on May 1, 2018 (Doc. 12), is adopted

28              in full; and

2. Plaintiff's motion for temporary restraining order and injunctive relief, filed on May 1, 2018 (Doc. 3), is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: __June 7, 2018__                    _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES CHIEF DISTRICT JUDGE