# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br><br>              Plaintiff,<br><br>    v.<br><br>J. GARCIA, et al.,<br><br>              Defendants. | **Case No. 1:17-cv-01311-LJO-SKO (PC)**<br><br>**ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO IDENTIFY DEFENDANT JOHN DOE #3 FOR USM SERVICE OF PROCESS**<br><br>**(Docs. 24, 25)**<br><br>**21-DAY DEADLINE** |

      Plaintiff has stated cognizable retaliation claims in violation of the First Amendment against several Defendants, including John Doe #3. (Docs. 13, 22.) To proceed against Defendant John Doe #3, however, Plaintiff must provide sufficient identifying information to accomplish service of process. Plaintiff was given opportunity on the USM-285 Form to provide the information he possessed from which to ascertain the identity of Defendant John Doe #3.. (Docs. 22, 23.) Although Plaintiff complied, the United States Marshal Service was unable to locate Defendant John Doe #3 for service of process. (Doc. 23.)

      Plaintiff is given another opportunity to provide all additional information he believes may assist in identifying and/or locating John Doe #3. If Plaintiff has any records reflecting the name or signature of John Doe #3, he must submit this information to assist with service efforts. Plaintiff must also provide information such as the place, date, and time that he encountered John

1

Doe #3, the place and location of John Doe #3's normal shifts (or when and where before or after the events alleged in this action Plaintiff encountered him), and all identifying attributes that he can recall such as gender, hair color, height, weight, race/ethnicity, and any other distinguishing characteristics.

If Plaintiff believes the identity of John Doe #3 can be obtained from documents already submitted, he should submit a statement identifying the information by specific location on a given page, as the Court is unable to extrapolate any such information. Plaintiff is cautioned and encouraged to submit everything he has available in response to this order. If John Doe #3 cannot be identified, he cannot be served, thereby resulting in a recommendation that he be dismissed from this action. Fed. R.Civ. P. 4(m). Conversely, if Plaintiff has no additional information regarding John Doe #3's true identity, but believes he may be able to identify John Doe #3 via discovery, he must file a statement setting this forth.

Accordingly, it is **HEREBY ORDERED** that **within 21 days** from the date of this order, Plaintiff **SHALL** provide all information available to him to identify Defendant John Doe #3 for service of process, or a statement that he has no further information and whether Plaintiff believes that John Doe #3's identity may be revealed via discovery. **Plaintiff's failure to comply with the Court's order will result in a recommendation that John Doe #3 and all claims against him be dismissed**.

IT IS SO ORDERED.

Dated:   **March 25, 2019**                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE